**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 733 MAL 2016
                                    :

             Respondent           :

                                    :   Petition for Allowance of Appeal from
                                    :   the Order of the Superior Court
           v.                 :

                                    :

DERRICK WILSON MCCRAY,         :

             Petitioner            :

## ORDER

**PER CURIAM**

       **AND NOW**, this 7th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.